

**ORDERED in the Southern District of Florida on December 21, 2020.**

UNITED STATES B_____
SOUTHERN DISTRICT OF FLORIDA
A. Jay Cristol, Judge
www.flsb.uscourts.gov
United States Bankruptcy Court

CASE NO: 17-11092-BKC-AJC
CHAPTER 13

IN RE:
Demetra Williams Thompson,
          DEBTOR(S).
_____/

<u>Order Granting Trustee's Ex-Parte Motion to Amend the Order Granting Motion To Modify Plan And Approving Fourth Modified Chapter 13 Plan dated August 10,2020 (DE#174)</u>

THIS CASE came on before the Court ex-parte, it is

    ORDERED as follows:

1. The Ex-parte Motion to Amend the Order Granting Motion To Modify Plan and Approving Fourth Modified Chapter 13 Plan dated August 10,2020 is granted.

2. The Order Granting Motion To Modify Plan and Approving Fourth Modified Chapter 13 Plan shall be amended so that all references in said Order to the Fourth Modified Chapter 13 Plan shall be changed to reference the "Fifth Modified" Chapter 13 Plan.

3. All other provisions of said order shall remain in full force and effect.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof.